902

No. 75–6065. MALLORY v. ALABAMA. Appeal from Ct. Crim. App. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument. 

No. 75–169. OMAHA TRIBE OF INDIANS ET AL. v. PETERS ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bryan* v. *Itasca County,* 426 U. S. 373.

No. 75–736. ENVIRONMENTAL PROTECTION AGENCY v. DUQUESNE LIGHT Co. ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Union Electric Co.* v. *EPA, ante,* p. 246. MR. JUSTICE POWELL took no part in the consideration or decision of this case. 

No. 75–1116. RICHARDSON ET AL. v. LOKEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Montanye* v. *Haymes, ante,* p. 236, and *Meachum* v. *Fano, ante,* p. 215.

No. 75–1418. CITY OF CHICAGO ET AL. v. CONFEDERATION OF POLICE ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Montanye* v. *Haymes, ante,* p. 236, *Meachum* v. *Fano, ante,* p. 215, and *Bishop* v. *Wood,* 426 U. S. 341.